IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:19CR 372-1 |
| | : | |
| THOMAS JAY CORBIN | : | |

FILED
IN THIS OFFICE
JUL 16 2019
Clerk U.S. District Court
Greensboro NC
BY:

The United States Attorney charges:

On or about July 8, 2018, in the County of Rowan, in the Middle District of North Carolina, THOMAS JAY CORBIN knowingly did possess in and affecting commerce a firearm, that is, a Glock .380 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: July 15, 2019

BY: MATTHEW G.T. MARTIN
United States Attorney

BY: TERRY M. MEINECKE
Assistant United States Attorney