IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:19CR372-1 |
| | : | |
| THOMAS JAY CORBIN | : | |

## FACTUAL BASIS

NOW COMES the United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

On July 8, 2018, deputies with the Rowan County Sheriff's Department were looking for Thomas Jay Corbin in order to serve him with outstanding warrants for his arrest. Soon thereafter, deputies located Corbin walking along Amity Hill Road. When one of the officers said "Hey Thomas," Corbin ran into the woods, but was apprehended after a short pursuit. A search incident to arrest revealed that Corbin had a digital scale, glass smoking pipe and approximately 8 grams of methamphetamine on his person. The deputies also located a .380 caliber bullet lying on the ground next to Thomas.

Detectives investigating the theft of various items for which Corbin was a suspect listened to the calls he placed after his arrest. They soon discovered a call that he placed to Tiffany Nance. During that conversation Corbin

described the location of an item that he wanted Nance to retrieve and warned her to be careful because "there is one in it." On July 23, 2018, officers went back to the path that Corbin utilized during his flight to look for a firearm. As a result, they located a Glock .380 caliber handgun that was loaded with ammunition made by the same manufacturer as the bullet lying next to Corbin at the time of his arrest.

Corbin has a 2012 conviction for obtaining property by false pretenses which resulted in a term of imprisonment of 7 to 18 months. As a result, at the time that the defendant committed the instant offense, he knew that he had been convicted of a crime punishable by a term of imprisonment exceeding one year. He has not received a pardon nor had his right to possess a firearm restored.

ATF SA Joel Arnwine examined the firearm and determined it was manufactured outside North Carolina, and therefore had traveled in, or

2

otherwise affected interstate or foreign commerce. The firearm is capable of expelling a projectile by means of an explosive.

This the 26th day of July, 2019.

>Respectfully submitted,
>MATTHEW G.T. MARTIN
>United States Attorney
>
>/S/ TERRY M. MEINECKE
>Assistant United States Attorney
>NCSB #27586
>United States Attorney's Office
>Middle District of North Carolina
>101 S. Edgeworth Street, 4th Floor
>Greensboro, NC 27401
>E-mail: Terry.Meinecke@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Duberstein, Assistant Federal Public Defender

/S/ TERRY M. MEINECKE
Assistant United States Attorney
NCSB #27586
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
E-mail: Terry.Meinecke@usdoj.gov

4